IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02362-DDD-KAS

CESAR LUIS ONTON CHATE,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security;
TODD BLANCHE, Attorney General of the United States;
GEORGE VALDEZ, Director of the Denver Field Office; and
JUAN BALTAZAR, Warden of the Denver Contract Detention Facility,

Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Writ of Habeas Corpus, filed September 23, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Court's Order to Show Cause, Doc. 4, is DISCHARGED, and the Petition for a Writ of Habeas Corpus, Doc. 1, is DENIED and DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that judgment is entered in favor of Respondents and against Petitioner on Petition for Writ of Habeas Corpus. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 23rd day of September, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk